UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
File No.: 3:26-CV-000098

| | |
|---|---|
| KWIATKOWSKI, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) **NOTICE OF APPEARANCE OF** |
| | ) **COUNSEL** |
| | ) |
| DISMUKES, et al., | ) ) |
| Defendants. | |

NOW COMES James A. Barnes IV, Special Deputy Attorney General, and hereby gives notice of appearance as counsel on behalf of Defendants Arthur Campbell and Leslie Cooley Dismukes.

This the 23rd day of February, 2026.

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/ James A. Barnes IV
Special Deputy Attorney General
N.C. State Bar No. 27300
N.C. Department of Justice
P.O. Box 629
Raleigh NC  27602-0629
Telephone:  (919) 716-6786
Facsimile:  (919) 716-6761
E-mail:  jabarnes@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that will cause the foregoing document to be served on the following addressed people:

>Ivy A. Johnson
>Email: ijohnson@acluofnc.org
>
>Daniel K. Siegal
>Email: dsiegel@acluofnc.org
>
>Elizabeth Simpson
>Email: elizabeth@emancipatenc.org

This the 23rd day of February, 2026.

/s/ James A. Barnes IV
James A. Barnes IV
Special Deputy Attorney General