**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

AJ KWIATKOWSKI, ASHLEE INSCOE, PUMPKIN SNUGGS, LULUBELL FRAZIER AND TREMAYNE IZZARD, Individually and on behalf of a class of similarly situated persons,

*Plaintiffs*,

v.

LESLIE COOLEY DISMUKES, in her official capacity as Secretary of the North Carolina Department of Adult Correction, And ARTHUR "LES" CAMPBELL, in his official capacity as Medical Director of the North Carolina Department of Adult Correction,

*Defendants*,

and

PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, and DESTIN C. HALL, in his official capacity as Speaker of the North Carolina House of Representatives,

*Proposed Intervenors.*

CASE NO. 3:26-cv-00098-SCR-WCM,

**UNOPPOSED MOTION TO INTERVENE**

**UNOPPOSED MOTION TO INTERVENE AS DEFENDANTS BY PRESIDENT PRO TEMPORE PHILIP E. BERGER AND SPEAKER DESTIN HALL**

Pursuant to Federal Rule of Civil Procedure 24, Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate, and Destin C. Hall, in his official capacity as Speaker of the North Carolina House of Representatives, respectfully move to intervene on behalf of the General Assembly and as agents of the State of North Carolina to defend the provisions of

state law challenged in this action. The Motion to Intervene should be granted in light of *Berger v. North Carolina State Conference of the NAACP*, 597 U.S. 179 (2022), and for all the reasons stated in the Memorandum in Support of the Motion to Intervene being filed contemporaneously with this Motion.

To satisfy the pleading requirement of FED. R. CIV. P. 24(c), attached to this motion as Exhibit 1 is a Proposed Answer to Plaintiffs' Complaint. In filing this Proposed Answer, Proposed Intervenors do not waive the right to move this Court for dismissal of any of Plaintiffs' claims that fail on procedural and/or legal grounds, should intervention be granted.

Proposed Intervenors have conferred with counsel for both the Plaintiffs and the named Defendants regarding the relief requested in this motion. The parties have stated that they do not oppose the motion.

Dated: March 6, 2026

Respectfully Submitted,

/s/ Nicole J. Moss
Nicole J. Moss
David H. Thompson*
Brian W. Barnes*
Peter A. Patterson*
John D. Ohlendorf*
John D. Ramer*
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C., 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
nmoss@cooperkirk.com
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
ppatterson@cooperkirk.com
johlendorf@cooperkirk.com
jramer@cooperkirk.com

**Pro hac vice* pending

*Counsel for Defendant-Intervenors*

**CERTIFICATION REGARDING USE OF ARTIFICIAL INTELLIGENCE**

The undersigned counsel hereby certifies the following:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered.

/s/ Nicole J. Moss
Nicole J. Moss

*Counsel for Defendant-Intervenors*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on March 6, 2026, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel or record in this matter.

/s/ Nicole J. Moss
Nicole J. Moss

*Counsel for Defendant-Intervenors*