**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| AJ KWIATKOWSKI, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>LESLIE COOLEY DISMUKES, et al.,<br><br>*Defendants.* | Case No.<br>3:26-cv-00098-SCR-WCM |

# PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(2), Plaintiffs respectfully move the Court to certify a class, either on a regular or provisional basis, defined as: All current and future people in the custody of the North Carolina Department of Adult Correction who have or will have gender dysphoria, and have been prescribed or will require hormone therapy or gender-affirming surgery to treat their gender dysphoria.

In the alternative, Plaintiffs respectfully move the Court under Federal Rule of Civil Procedure 23(a) and 23(b)(2) to certify, on a regular or provisional basis, two classes, defined as: (1) All current and future people in the custody of the North Carolina Department of Adult Correction who have or will have gender dysphoria and have been prescribed or may require cross-sex hormone therapy to treat gender dysphoria (the Hormone Class); and (2) All current and future people in the custody of the North Carolina Department of Adult Correction who have or will have gender dysphoria and have been prescribed or may require gender-affirming surgery to treat gender dysphoria (the Surgery Class).

Respectfully submitted this 18th day of March, 2026.

*/s/ Jaclyn A. Maffetore*
Jaclyn A. Maffetore
N.C. State Bar #50849
Daniel K. Siegel
N.C. State Bar # 46397
Ivy A. Johnson
N.C. State Bar # 52228
P.O. Box 28004
ACLU OF NORTH CAROLINA
LEGAL FOUNDATION
Raleigh, NC 27611
T: (919) 354-5070
jmaffetore@acluofnc.org
dsiegel@acluofnc.org
ijohnson@acluofnc.org

*/s/ Elizabeth G. Simpson*
Elizabeth G. Simpson
N.C. State Bar # 41596
EMANCIPATE NC
P.O. Box 309
Durham, NC 27702
elizabeth@emancipatenc.org
919-682-1149

## **CERTIFICATE OF CONFERENCE**

Pursuant to LR 7.1(b), I certify that on March 16, 2026, counsel for Plaintiffs conferred with counsel for Defendants via email to notify them of Plaintiffs' intent to file the instant Motion and to inquire whether the relief sought in this action would be possible without judicial intervention. On March 17 and March 18 respectively, counsel for proposed Intervenor-Defendants and Defendants indicated that they do not foresee a resolution in this matter without judicial intervention, and indicated that they would oppose this Motion.

Respectfully submitted this the 18th day of March, 2026.

*/s/ Jaclyn A. Maffetore*
Jaclyn A. Maffetore

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on March 18, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will effect service on all counsel of record.

Respectfully submitted this the 18th day of March, 2026.

*/s/ Jaclyn A. Maffetore*
Jaclyn A. Maffetore

*Counsel for Plaintiff*