**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**

AJ KWIATKOWSKI, et al.,

*Plaintiffs,*

v.

LESLIE COOLEY DISMUKES, et al.,

*Defendants.*

Case No.
3:26-cv-00098-SCR-WCM

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs AJ Kwiatkowski, Ashlee Inscoe, LuluBell Frazier, Pumpkin Snuggs, and Tremayne Izzard brought this action individually and on behalf of a prospective class of all current and future people in the custody of the North Carolina Department of Adult Correction who have or will have gender dysphoria, and have been prescribed or will require hormone therapy or gender-affirming surgery to treat their gender dysphoria. Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, and for the reasons detailed in the accompanying brief, Plaintiffs ask the Court to issue a statewide preliminary injunction prohibiting further enforcement of Section 3(b1) of HB805 by Defendants.

Plaintiffs will likely succeed in demonstrating that HB805 and Defendants' enforcement thereof violates the Eighth Amendment. Moreover, without an injunction, Plaintiffs and members of the proposed class will continue to suffer irreparable harm. The balance of the equities weigh in Plaintiffs' favor, preliminary relief is in the public interest,

and the injunction would comply with the Prison Litigation Reform Act. Plaintiffs also move for waiver of a security bond upon grant of the preliminary injunction.

Plaintiff seeks leave to present oral argument in support of this Motion.

Respectfully submitted this the 18th day of March, 2026.

*/s/ Jaclyn A. Maffetore*
Jaclyn A. Maffetore
N.C. State Bar #50849
Daniel K. Siegel
N.C. State Bar # 46397
Ivy A. Johnson
N.C. State Bar # 52228
P.O. Box 28004
ACLU OF NORTH CAROLINA
LEGAL FOUNDATION
Raleigh, NC 27611
T: (919) 354-5070
jmaffetore@acluofnc.org
dsiegel@acluofnc.org
ijohnson@acluofnc.org

*/s/ Elizabeth G. Simpson*
Elizabeth G. Simpson
N.C. State Bar # 41596
EMANCIPATE NC
P.O. Box 309
Durham, NC 27702
elizabeth@emancipatenc.org
919-682-1149

**CERTIFICATE OF CONFERENCE**

Pursuant to LR 7.1(b), I certify that on March 16, 2026, counsel for Plaintiffs conferred with counsel for Defendants via email to notify them of Plaintiffs' intent to file the instant Motion and to inquire whether the relief sought would be possible without judicial intervention. On March 17 and March 18 respectively, counsel for proposed Intervenor-Defendants and Defendants indicated that they do not foresee a resolution in this matter without judicial intervention, and indicated that they would oppose this Motion.

Respectfully submitted this the 18th day of March, 2026.

*/s/ Jaclyn A. Maffetore*
Jaclyn A. Maffetore

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on March 18, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will effect service on all counsel of record.

Respectfully submitted this the 18th day of March, 2026.

*/s/ Jaclyn A. Maffetore*
Jaclyn A. Maffetore

*Counsel for Plaintiff*