# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

AJ KWIATKOWSKI, ASHLEE INSCOE,
PUMPKIN SNUGGS, LULUBELL
FRAZIER AND TREMAYNE IZZARD,
Individually and on behalf of a class of
similarly situated persons,

        *Plaintiffs*,

      v.

LESLIE COOLEY DISMUKES, in her
official capacity as Secretary of the North
Carolina Department of Adult Correction,
and ARTHUR "LES" CAMPBELL, in his
official capacity as Medical Director of the
North Carolina Department of Adult
Correction,

        *Defendants*,

      and

PHILIP E. BERGER, in his official
capacity as President Pro Tempore of the
North Carolina Senate, and DESTIN C.
HALL, in his official capacity as
Speaker of the North Carolina House of
Representatives,

        *Defendant-Intervenors.*

CASE NO. 3:26-cv-00098-SCR-WCM

## UNOPPOSED EXPEDITED MOTION FOR AN ADMINISTRATIVE STAY OF THE DEADLINES TO RESPOND TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION UNTIL THE COURT RULES ON STATE AND LEGISLATIVE DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Defendants Leslie Dismukes, in her official capacity as Secretary of the North Carolina

Department of Adult Correction ("NCDAC"), and Dr. Arthur L. Campbell, in his official capacity

as Chief Medical Officer of NCDAC (hereinafter "State Defendants") together with Defendant-

Intervenors Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate, and Destin C. Hall, in his official capacity as Speaker of the North Carolina House of Representatives (hereinafter "Legislative Defendants") and with the consent of Plaintiffs, respectfully request an expedited administrative stay of the current deadlines for responding to Plaintiffs' Motion for Class Certification, Doc. 18 (Mar. 18, 2026) and Plaintiffs' Motion for a Preliminary Injunction, Doc. 20 (Mar. 18, 2026), until the Court rules on State and Legislative Defendants' Motion for an Extension of Time that will be filed shortly.

In support of this motion, State and Legislative Defendants (collectively referred to herein as "Defendants") state as follows:

1. Plaintiffs filed their motions for preliminary injunction and class certification on March 18, 2026. Under the rules, Defendants would have until April 1, 2026, to file their responses to these motions.

2. Defendants intend to seek an extension of time to submit their responses, and Plaintiffs have indicated they will be opposing that request. Because the briefing on that contested motion for an extension of time will not be completed by the current April 1, 2026, deadline, Defendants are seeking an expedited administrative stay until such time as the Court rules on Defendants' forthcoming motion. If the Court denies Defendants' forthcoming motion for an extension of time, Defendants will submit their responses on a new, appropriate deadline established by the Court.

3. Plaintiffs have informed Defendants that they consent to an administrative stay of the April 1, 2026 response deadline while the extension motion is under consideration.

Dated: March 27, 2026

Respectfully Submitted,

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/ James A. Barnes IV
Special Deputy Attorney General
N.C. State Bar No. 33356
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6786
Facsimile: (919) 716-6761
E-mail: jabarnes@ncdoj.gov

Tiffany Hoyd
Assistant Attorney General
N.C. State Bar No. 60931
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6943
Facsimile: (919) 716-6761
E-Mail: thoyd@ncdoj.gov

*Counsel for State Defendants*

/s/ Nicole J. Moss
Nicole J. Moss (Bar. No. 31958)
David H. Thompson*
Peter A. Patterson*
Clark Hildabrand*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C., 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
nmoss@cooperkirk.com
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
childabrand@cooperkirk.com

*Admitted Pro hac vice

*Counsel for Defendant-Intervenors*

3

**CERTIFICATION REGARDING USE OF ARTIFICIAL INTELLIGENCE**

The undersigned counsel hereby certifies the following:

1.      No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2.      Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered.

/s/ Nicole J. Moss
Nicole J. Moss

*Counsel for Defendant-Intervenors*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that, on March 27, 2026, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel or record in this matter.

/s/ Nicole J. Moss
Nicole J. Moss

*Counsel for Defendant-Intervenors*