# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| AJ KWIATKOWSKI, ASHLEE INSCOE, PUMPKIN SNUGGS, LULUBELL FRAZIER, and TREMAYNE IZZARD, Individually and on behalf of a class of similarly situated persons,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>LESLIE COOLEY DISMUKES, in her official capacity as Secretary of the North Carolina Department of Adult Correction, And ARTHUR "LES" CAMPBELL, in his official capacity as Medical Director of the North Carolina Department of Adult Correction,<br><br>     *Defendants*,<br><br>and<br><br>PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, and DESTIN C. HALL, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>     *Intervenor-Defendants*. | CASE NO. 3:26-cv-00098-SCR-WCM<br><br><br><br>**INTERVENOR-DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to Federal Rule of Civil Procedure 12(c), Intervenor-Defendants Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate, and Destin C. Hall, in his official capacity as Speaker of the North Carolina House of Representatives (collectively, "Legislative Defendants") respectfully move for judgment on the pleadings. As explained in the contemporaneously filed brief, the Court should grant Legislative Defendants judgment on the pleadings for several reasons, including the following:

*First*, Plaintiffs cannot establish this Court's subject-matter jurisdiction. Plaintiffs lack standing to challenge the funding restrictions in N.C. Gen. Stat. § 143C-6-5.6(b1). And any claim by Plaintiffs based on possible future changes in treatment is unripe.

*Second*, Plaintiff Frazier brings duplicative litigation. Plaintiff Frazier has already brought a lawsuit in the U.S. District Court for the Middle District of North Carolina alleging that the North Carolina Department of Adult Corrections ("NCDAC") has denied surgical gender transition procedures in violation of the Eighth Amendment. *See Frazier v. NCDAC*, No. 1:24-cv-956 (M.D.N.C.).

*Third*, Plaintiffs failed to exhaust administrative remedies, as required under the Prison Litigation Reform Act. All Plaintiffs have failed to exhaust administrative remedies regarding their current prescription of cross-sex hormones, and at least Plaintiffs Kwiatkowski, Snuggs, and Izzard have not exhausted administrative remedies regarding surgical gender transition procedures.

*Fourth*, Plaintiffs fail to state an Eighth Amendment claim. Their course of treatment is not objectively medically unacceptable, and NCDAC did not subjectively know and ignore medical mistreatment.

Accordingly, the Court should grant Legislative Defendants judgment on the pleadings.

1

Dated: May 7, 2026

Respectfully submitted,

/s/ Nicole J. Moss
Nicole J. Moss
David H. Thompson*
Brian W. Barnes*
Peter A. Patterson*
John D. Ohlendorf
Clark L. Hildabrand*
John D. Ramer*
COOPER AND KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
nmoss@cooperkirk.com
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
ppatterson@cooperkirk.com
johlendorf@cooperkirk.com
childabrand@cooperkirk.com
jramer@cooperkirk.com

*Pro hac vice

Counsel for Defendant-Intervenors

2

**CERTIFICATION REGARDING USE OF ARTIFICIAL INTELLIGENCE**

The undersigned counsel hereby certifies the following:

1.      No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2.      Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered.

<u>/s/ Nicole J. Moss</u>
Nicole J. Moss

*Counsel for Defendant-Intervenors*

3

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that, on May 7, 2026, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

/s/ Nicole J. Moss
Nicole J. Moss

*Counsel for Defendant-Intervenors*

4