# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# FILE NO. 3:26-cv-00098-SCR-WCM

AJ KWIATKOWSKI, et al.,
               Plaintiff,

     v.

LESLIE COOLEY DISMUKES, *et al.*,
               Defendants,
    and

PHILIP E. BERGER, et al.,

               Defendant-
               Intervenors.

**MOTION TO DISMISS**

NOW COME, Defendants Lesile Dismukes and Arthur Campbell (hereinafter "Defendants"), in lieu of an answer, to move to dismiss allegations in this action as Plaintiffs lack standing. Moreover, this matter should be dismissed because Plaintiffs have not exhausted their administrative remedies as required under the Prisoner Litigation Reform Act. In support of this motion, Defendants submits their Memorandum of Law in Support of Defendants' Motion to Dismiss, a copy of which is being filed contemporaneously herewith.

Respectfully submitted this the 7th day of May 2026.

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/ James A. Barnes IV
James A. Barnes IV
Special Deputy Attorney General
N.C. State Bar No. 33356

1

N.C. Department of Justice
P.O. Box 629
Raleigh NC  27602-0629
Telephone:   (919) 716-6786
Facsimile:    (919) 716-6761
E-mail:  jabarnes@ncdoj.gov

/s/ Tiffany Hoyd
Tiffany Hoyd
Assistant Attorney General
N.C. State Bar No. 60931
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC  27602-0629
Telephone:  (919) 716-6943
Facsimile:(919) 716-6761
E-mail:  thoyd@ncdoj.gov
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 7, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record on this matter.

Respectfully, submitted this the 7th day of May, 2026.

/s/ James A. Barnes IV_____
James A. Barnes IV
Special Deputy Attorney General

3