UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AJ KWIATKOWSKI, et al.,<br>*Plaintiffs,*<br>v.<br>LESLIE COOLEY DISMUKES, et al.,<br>*Defendants*,<br>and<br>PHILIP E. BERGER, et al.,<br>*Intervenor-Defendants.* | Case No.<br>3:26-cv-00098-SCR-WCM |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 7.1(j), Plaintiffs give notice of the Fourth Circuit's recent decision in *Edwards v. Witherspoon*, No. 24-7049, 2026 WL 2661096 (4th Cir. Sept. 10, 2026). As relevant to the pending motion for judgment on the pleadings, *Edwards* discusses prison officials' responsibility under the Eighth Amendment to provide prisoners with adequate medical treatment that is based in sound medical practice and individual patient needs. *Id.* at *15–16; *see* D.E. 44 at 17–25.

Respectfully submitted September 14, 2026.

/s/ Daniel K. Siegel
Jaclyn A. Maffetore
N.C. State Bar #50849
Daniel K. Siegel
N.C. State Bar # 46397
Ivy A. Johnson
N.C. State Bar # 52228
P.O. Box 28004
ACLU OF NORTH CAROLINA

LEGAL FOUNDATION
Raleigh, NC 27611
jmaffetore@acluofnc.org
dsiegel@acluofnc.org
ijohnson@acluofnc.org
919.592.4630

Elizabeth G. Simpson
N.C. State Bar # 41596
EMANCIPATE NC
P.O. Box 309
Durham, NC 27702
elizabeth@emancipatenc.org
919.682.1149

**CERTIFICATE OF SERVICE**

I certify that on September 14, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will effect service on all counsel of record.

/s/ Daniel K. Siegel
Daniel K. Siegel

*Counsel for Plaintiffs*